

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2017

No. 04-16-00186-CV

**COTTER & SONS, INC.;** James F. Cotter; Alamo Towers-Cotter, LLC; Cotter 11211 Katy Freeway Building, LP; Cotter 7447 Harwin Building, LP; Cotter Equities LLC; Cotter Harwin Equities LLC; Cotter Katy Equities LLC; Cotter Katy Freeway Building, LP; Et Al.,
Appellants

v.

**BJ CORPORATION** d/b/a National Building Service,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09427
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice (concurring in the judgment only)
                Patricia O. Alvarez, Justice

Because the panel has issued a different opinion, the motion for en banc reconsideration is DENIED AS MOOT. *See* TEX. R. APP. P. 49.5.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court